

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 1:19-MJ-00187-BAM

JUAN SANCHEZ-DOMINGUEZ

Defendant.

**FILED OCT 03 2019**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: Juan Sanchez-Dominquez
Detained at: Fresno County Jail

Detainee is:
a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
charging detainee with: 8 USC 1326(a) and (b)(1)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Laura D. Withers
Printed Name & Phone No: Laura D. Withers    559-967-5480
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/3/19

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | RODRIGUES, Ramon | ☒Male ☐Female | |
| Booking or CDC #: | 1913282; JID 7013335 | DOB: | 03/08/1979 |
| Facility Address: | 1225 M St. Fresno, CA 93721 | Race: | W/H |
| Facility Phone: | 559-600-8275 | FBI#: | 255916AC5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)